AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED

*January 24, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Misty ROBBINS-TORRES<br>YOB: 1981   COC: United States | )<br>)<br>)<br>)<br>)<br>) | Case No.  7:23-mj-143-1 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 24, 2023__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1324(a)(1)(A)(ii) | knowing or in reckless disregard of the fact that aliens have come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law |
| 8 U.S.C. Secition 1324(a)(1)(A)(v)(I) | Conspiracy to transport illegal aliens |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/Lorenzo Botello CBP Enforcement Officer
*Complainant's signature*

Lorenzo Botello CBP Enforcement Officer
*Printed name and title*

Approved by: AUSA Daniel Chung
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: January 24, 2023 at 6:41 p.m.

*Judge's signature*

City and state:  McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

On January 24, 2023, Misty ROBBINS-TORRES (hereinafter ROBBINS-TORRES) attempted to enter the United States through the Donna, Texas Port of Entry as the driver of a vehicle containing four passengers – ROBBINS-TORRES' mother, ROBBINS-TORRES' daughter, M.F.R.G. (female, age 15), and A.G.G. (male, age 10).

At primary inspection, ROBBINS-TORRES stated that she was coming from a doctor's visit in Ciudad Victoria, Mexico and was headed back to McKinney, Texas. ROBBINS-TORRES stated that the children she was traveling with were her children. ROBBINS-TORRES presented a Texas Driver's License for herself, a Texas ID for her mother, a US passport for her daughter, a State of Texas Birth Certificate for A.G.G., and a County of Los Angeles Birth Certificate for M.F.R.G. The CBP Officer questioned M.F.R.G. and A.G.G., and the children were not able to answer questions related to their birth certificates and appeared extremely nervous. ROBBINS-TORRES interrupted the CBP Officer and claimed that the children were her nephew. ROBBINS-TORRES' vehicle was then referred for secondary inspection.

At secondary inspection, ROBBINS-TORRES admitted that the two birth certificates that she presented did not belong to M.F.R.G. and A.G.G. She stated that one of the birth certificates that she presented was her biological daughter's birth certificate and the other birth certificate belongs to her friend's son.

During a post-Miranda interview, ROBBINS-TORRES stated that she picked up the children at a bus station in Reynosa, Mexico. She also stated that she was planning to take the children to McKinney, Texas at the request of their mother.

Database queries on M.F.R.G. and A.G.G. revealed that they were citizens and nationals of Mexico and non-citizens of the United States with no legal status to enter the United States.